UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| CALDERON, SARAH D | § | Case No. 12-31623 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
KENNETH S. GARDNER
CLERK OF THE COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 04/23/2013 in Courtroom 744,
United States Courthouse
219 South Dearborn Street
Chicago, Illinois 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/27/2013                          By: /s/ Barry A. Chatz, Trustee
                                                           Barry A. Chatz, Trustee


*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL 60606-0000*

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 12-31623-ERW
Sarah D Calderon                                                    Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1        User: gbeemster          Page 1 of 2           Date Rcvd: Mar 25, 2013
                            Form ID: pdf006          Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 27, 2013.
```
db         +Sarah D Calderon,    6500 W. 82nd Place,    Burbank, IL 60459-1718
aty        +Gina B. Krol,    Cohen and Krol,    105 W Madison St, Suite 1100,    Chicago, IL 60602-4600
19297413   +Bank of America,    c/o Noonan & Liebeman Ltd,    105 W. Adams Suite 1100,    Chicago, IL 60603-6238
19802490    Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
19297414    Chase,    Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
19297415   #+First Credit Services,    1 Woodbridge Center,    Suite 410,    Woodbridge, NJ 07095-1151
19297417   +Global Vacation Network,    5320 College Blvd,    Leawood, KS 66211-1621
19297421   +Sears Credit Cards,    PO Box 183081,    Columbus, OH 43218-3081
19297422    Sears Credit Cards,    PO Box 183082,    Columbus, OH 43218-3082
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19574916    E-mail/PDF: rmscedi@recoverycorp.com Mar 26 2013 02:55:48     GE Capital Retail Bank,
             c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
19297416   +E-mail/PDF: gecsedi@recoverycorp.com Mar 26 2013 02:18:37     GECRB/Sams Club,    PO Box 965005,
             Orlando, FL 32896-5005
19297418   +E-mail/Text: cio.bncmail@irs.gov Mar 26 2013 02:00:58     Internal Revenue Service,
             P O Box 7346,    Philadelphia, PA 19101-7346
19297419    E-mail/Text: bnckohlsnotices@becket-lee.com Mar 26 2013 02:07:18     Kohl's Payment Center,
             PO Box 2983,    Milwaukee, WI 53201-2983
19749864   +E-mail/Text: resurgentbknotifications@resurgent.com Mar 26 2013 02:05:26
             PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
             Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
19615823   +E-mail/Text: resurgentbknotifications@resurgent.com Mar 26 2013 02:05:26
             PYOD, LLC its successors and assigns as assignee,    of B-Line, LLC,    Resurgent Capital Services,
             PO Box 19008,    Greenville, SC 29602-9008
19297423    E-mail/PDF: cbp@slfs.com Mar 26 2013 03:20:41     Springleaf,    PO Box 1162,
             Bridgeview, IL 60455
19297420    E-mail/PDF: pa_dc_claims@salliemae.com Mar 26 2013 03:59:54     Sallie Mae,    PO Box 9500,
             Wilkes Barre, PA 18773-9500
19695519   +E-mail/PDF: pa_dc_claims@salliemae.com Mar 26 2013 04:02:43     Sallie Mae,    c/o Sallie Mae Inc.,
             220 Lasley Ave.,    Wilkes-Barre, PA 18706-1496
                                                                                             TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty         Telly Liapis,    Ankin Law Office LLC
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 27, 2013**              **Signature:** _Joseph Speetjens_

```
District/off: 0752-1           User: gbeemster            Page 2 of 2              Date Rcvd: Mar 25, 2013
                               Form ID: pdf006            Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 22, 2013 at the address(es) listed below:

          Barry A Chatz    bachatz@arnstein.com,
          bchatz@ecf.epiqsystems.com;jbmedziak@arnstein.com;blsutton@arnstein.com;irsiabc@aol.com
          E. Philip Groben    on behalf of Trustee Barry A Chatz pgroben@cohenandkrol.com,
          trotman@cohenandkrol.com;pmchugh@cohenandkrol.com
          Gina B Krol, ESQ    on behalf of Trustee Barry A Chatz gkrol@cohenandkrol.com,
          jhazdra@cohenandkrol.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com
          James J Burns, JR    on behalf of Debtor Sarah D Calderon bandwlaw@sbcglobal.net
          Joseph E Cohen    on behalf of Trustee Barry A Chatz jcohen@cohenandkrol.com,
          jcohenattorney@aol.com;gkrol@cohenandkrol.com
          Laura A. Hrisko    on behalf of Creditor    Springleaf Financial Services f.k.a. American General
          Financial Services Laura.Hrisko@slfs.com,  lrisko@aol.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          TOTAL: 7