UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                    §
                                          §
CALDERON, SARAH D                         §        Case No. 12-31623
                                          §
        Debtor(s)                         §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

     BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

     3) Total gross receipts of $_____ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $_____ (see **Exhibit 2**), yielded net receipts of $_____ from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (5/1/2011) *(Page: 1)*

Case 12-31623    Doc 37    Filed 11/25/13    Entered 11/25/13 09:47:14    Desc Main
            Document      Page 2 of 13

Case 12-31623    Doc 37    Filed 11/25/13    Entered 11/25/13 09:47:14    Desc Main
            Document      Page 2 of 13

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:<br>    CHAPTER 7 ADMIN. FEES<br>    AND CHARGES<br>    (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER<br>    ADMIN. FEES AND<br>    CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED<br>    CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED<br>CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

     4)  This case was originally filed under chapter   on             . The case was pending for    months.

     5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

     6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

     Dated: _____     By:/s/BARRY A. CHATZ_____
                                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| SARAH D. CALDERON |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bank of America c/o Noonan & Liebeman Ltd 105 W. Adams Suite 1100 Chicago, IL 60603 |  |  |  |  |  |
|  | Global Vacation Network 5320 College Blvd Leawood, KS 66211 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Springleaf PO Box 1162 | | | | | |
| | Bridgeview, IL 60455 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | | | | | |
| BARRY A. CHATZ | | | | | |
| LOYOLA UNIVERSITY MEDICAL CENTER | | | | | |
| PROGRESSIVE MED PAY | | | | | |
| COHEN & KROL | | | | | |
| TELLY J. LIAPIS | | | | | |
| TELLY J. LIAPIS | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service Kansas City, MO 64999 | | | | | |
| 000001A | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Cardmember Service PO Box 15153 Wilmington, DE 19886-5153 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First Credit Services 1 Woodbridge Center Suite 410 Woodbridge, NJ 07095 | | | | | |
| | GECRB/Sams Club PO Box 965005 Orlando, FL 32896 | | | | | |
| | Kohl's Payment Center PO Box 2983 Milwaukee, WI 53201-2983 | | | | | |
| | Sallie Mae PO Box 9500 Wilkes Barre, PA 18773-9500 | | | | | |
| | Sears Credit Cards PO Box 183081 Columbus, OH 43218-3082 | | | | | |
| | Sears Credit Cards PO Box 183082 Columbus, OH 43218-3082 | | | | | |
| 000007 | CAPITAL ONE, N.A. | | | | | |
| 000002 | GE CAPITAL RETAIL BANK | | | | | |
| 000003 | PYOD LLC ASSIGNEE OF B-LINE LLC | | | | | |
| 000005 | PYOD LLC ASSIGNEE OF CITIBANK NA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | PYOD LLC ASSIGNEE OF CITIBANK NA | | | | | |
| 000004 | SALLIE MAE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 12-31623 | WER | Judge: EUGENE R. WEDOFF | Trustee Name: | BARRY A. CHATZ |
| Case Name: | CALDERON, SARAH D | | | Date Filed (f) or Converted (c): | 08/09/12 (f) |
| | | | | 341(a) Meeting Date: | 10/05/12 |
| For Period Ending: | 11/04/13 | | | Claims Bar Date: | 01/03/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Time Share | 4,000.00 | 667.00 | OA | 0.00 | FA |
| 2. 6243 S. Albany Avenue, Chicago, IL 60629 | 85,000.00 | 0.00 | OA | 0.00 | FA |
| 3. Financial Accounts | 100.00 | 0.00 | OA | 0.00 | FA |
| 4. Household Goods | 600.00 | 0.00 | OA | 0.00 | FA |
| 5. Wearing Apparel | 200.00 | 0.00 | OA | 0.00 | FA |
| 6. Insurance Policies | 0.00 | 0.00 | OA | 0.00 | FA |
| 7. Pension / Profit Sharing | 0.00 | 0.00 | OA | 0.00 | FA |
| 8. Contingent Claims | 0.00 | 0.00 | OA | 50,000.00 | FA |
| 9. Vehicles | 6,000.00 | 0.00 | OA | 0.00 | FA |

TOTALS (Excluding Unknown Values)     $95,900.00     $667.00     $50,000.00     Gross Value of Remaining Assets $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

DISTRIBUTION MADE 4/23/13; WAITING FOR ALL CHECKS TO CLEAR TO PREPARE AND FILE TDR

Initial Projected Date of Final Report (TFR): 04/30/13     Current Projected Date of Final Report (TFR): 04/30/13

LFORM1     Ver: 17.03a

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 12-31623 | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- |
| Case Name: | CALDERON, SARAH D | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******8712 Checking Account |
| Taxpayer ID No: | *******6541 | | |
| For Period Ending: | 11/04/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/29/12 | 8 | Avis Budget Group<br>300 Centre Pointe Drive<br>Virginia Beach, VA 23462 | | 1142-000 | 50,000.00 | | 50,000.00 |
| 11/29/12 | 003001 | TELLY J. LIAPIS<br>ANKIN LAW OFFICE, LLC<br>162 WEST GRAND AVENUE<br>CHICAGO, IL 60654-4475 | ATTORNEY FOR TRUSTEE<br>SPECIAL COUNSEL FEES PER 11/13/12 COURT ORDER | | | 17,065.92 | 32,934.08 |
| | | | Fees 16,666.66 | 3210-000 | | | |
| | | | Expenses 399.26 | 3220-000 | | | |
| 11/29/12 | 003002 | PROGRESSIVE MED PAY | EXPENSES<br>PURSUANT TO 11/13/12 COURT ORDER | 2990-000 | | 3,107.33 | 29,826.75 |
| 11/29/12 | 003003 | LOYOLA UNIVERSITY MEDICAL CENTER | EXPENSES<br>PURSUANT TO 11/13/12 COURT ORDER | 2990-000 | | 75.00 | 29,751.75 |
| 11/29/12 | 003004 | SARAH D. CALDERON | DEBTOR EXEMPTIONS<br>PURSUANT TO SETTLEMENT AGREEMENT<br>APPROVED BY 11/13/12 COURT ORDER | 8100-000 | | 15,000.00 | 14,751.75 |
| 02/19/13 | | Trsf To BANK OF NEW YORK MELLON | FINAL TRANSFER | 9999-000 | | 14,751.75 | 0.00 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 50,000.00 | 50,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 14,751.75 | |
| Subtotal | 50,000.00 | 35,248.25 | |
| Less: Payments to Debtors | | 15,000.00 | |
| Net | 50,000.00 | 20,248.25 | |

Page Subtotals 50,000.00 50,000.00

Ver: 17.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-31623 | Trustee Name: | BARRY A. CHATZ |
| Case Name: | CALDERON, SARAH D | Bank Name: | BANK OF NEW YORK MELLON |
| | | Account Number / CD #: | *******9294 Checking Account |
| Taxpayer ID No: | *******6541 | | |
| For Period Ending: | 11/04/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/19/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 14,751.75 | | 14,751.75 |
| * 03/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-003 | | 7.07 | 14,744.68 |
| * 03/13/13 | | BANK OF NEW YORK MELLON | ADJUSTMENT OUT | 2600-003 | | 2.93 | 14,741.75 |
| * 04/05/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-003 | | 21.91 | 14,719.84 |
| * 04/16/13 | | Reverses Adjustment OUT on 03/13/13 | ADJUSTMENT OUT REVERSE BANK CHARGE THAT WAS CHARGED IN ERROR (AFTER PREPARATION OF TFR) | 2600-003 | | -2.93 | 14,722.77 |
| * 04/16/13 | | Reverses Adjustment OUT on 03/07/13 | BANK SERVICE FEE REVERSE BANK CHARGE THAT WAS CHARGED IN ERROR (AFTER PREPARATION OF TFR) | 2600-003 | | -7.07 | 14,729.84 |
| * 04/16/13 | | Reverses Adjustment OUT on 04/05/13 | BANK SERVICE FEE REVERSE BANK CHARGE THAT WAS CHARGED IN ERROR (AFTER PREPARATION OF TFR) | 2600-003 | | -21.91 | 14,751.75 |
| 04/23/13 | 300001 | BARRY A. CHATZ 120 S. RIVERSIDE PLAZA SUITE 1200 CHICAGO, IL 60606 | Chapter 7 Compensation/Expense | | | 4,327.23 | 10,424.52 |
| | | | Fees 4,250.00 | 2100-000 | | | |
| | | | Expenses 77.23 | 2200-000 | | | |
| 04/23/13 | 300002 | Cohen & Krol 105 West Madison Street Suite 1100 Chicago, IL 60602 | Attorney for Trustee Fees (Other Fi | 3210-000 | | 2,905.00 | 7,519.52 |
| * 04/23/13 | 300003 | INTERNAL REVENUE SERVICE P O BOX 7346 | Claim 000001A, Payment 100.00% (1-1) MODIFIED ON 10/11/12 TO | 5800-003 | | 822.53 | 6,696.99 |

Page Subtotals      14,751.75      8,054.76

Ver: 17.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: | 12-31623 | |
| Case Name: | CALDERON, SARAH D | |
| Taxpayer ID No: | *******6541 | |
| For Period Ending: | 11/04/13 | |

| | | |
|---|---|---|
| Trustee Name: | BARRY A. CHATZ | |
| Bank Name: | BANK OF NEW YORK MELLON | |
| Account Number / CD #: | *******9294 Checking Account | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/23/13 | 300004 | PHILADELPHIA, PA 19101<br>GE CAPITAL RETAIL BANK<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE SUITE 1120<br>MIAMI FL 33131-1605 | CORRECT CREDITOR ADDRESS (GB).<br>Claim 000002, Payment 62.09%<br>(2-1) SAM'S CLUB OR GEMB | 7100-000 | | 117.98 | 6,579.01 |
| 04/23/13 | 300005 | PYOD LLC ASSIGNEE OF B-LINE LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Claim 000003, Payment 62.09% | 7100-000 | | 216.13 | 6,362.88 |
| 04/23/13 | 300006 | PYOD, LLC ASSIGNEE OF CITIBANK NA<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Claim 000005, Payment 62.09% | 7100-000 | | 4,641.10 | 1,721.78 |
| 04/23/13 | 300007 | PYOD LLC ASSIGNEE OF CITIBANK NA<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Claim 000006, Payment 62.09% | 7100-000 | | 760.64 | 961.14 |
| 04/23/13 | 300008 | CAPITAL ONE, N.A.<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Claim 000007, Payment 62.09%<br>(7-1) CREDIT CARD DEBT | 7100-000 | | 961.14 | 0.00 |
| * 05/09/13 | 300003 | INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA 19101 | Claim 000001A, Payment 100.00%<br>CHECK 300003 RETURNED BY IRS MARKED "PAID IN FULL" - FUNDS TO BE REDISTRIBUTED | 5800-003 | | -822.53 | 822.53 |
| 05/09/13 | 300009 | GE CAPITAL RETAIL BANK<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE SUITE 1120 | Claim 000002, Payment 7.63%<br>(2-1) SAM'S CLUB OR GEMB | 7100-000 | | 14.49 | 808.04 |

Page Subtotals        0.00        5,888.95

Ver: 17.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-31623 | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | CALDERON, SARAH D | Bank Name: | BANK OF NEW YORK MELLON |
| | | Account Number / CD #: | *******9294 Checking Account |
| Taxpayer ID No: | *******6541 | | |
| For Period Ending: | 11/04/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | MIAMI FL 33131-1605 | | | | | |
| 05/09/13 | 300010 | PYOD LLC ASSIGNEE OF B-LINE LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Claim 000003, Payment 7.63% | 7100-000 | | 26.55 | 781.49 |
| 05/09/13 | 300011 | PYOD, LLC ASSIGNEE OF CITIBANK NA<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Claim 000005, Payment 7.63% | 7100-000 | | 570.02 | 211.47 |
| 05/09/13 | 300012 | PYOD LLC ASSIGNEE OF CITIBANK NA<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Claim 000006, Payment 7.63% | 7100-000 | | 93.42 | 118.05 |
| 05/09/13 | 300013 | CAPITAL ONE, N.A.<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Claim 000007, Payment 7.63%<br>(7-1) CREDIT CARD DEBT | 7100-000 | | 118.05 | 0.00 |
| * 08/19/13 | | BANK OF NEW YORK MELLON | CORRECTION OF ACCOUNTING ERROR | 2600-003 | 2.93 | | 2.93 |
| * 08/19/13 | | BANK OF NEW YORK MELLON | CORRECTION OF ACCOUNTING ERROR | 2600-003 | 7.07 | | 10.00 |
| * 08/19/13 | | BANK OF NEW YORK MELLON | CORRECTION OF ACCOUNTING ERROR | 2600-003 | 21.91 | | 31.91 |
| * 09/19/13 | | Reverses Adjustment IN on 08/19/13 | CORRECTION OF ACCOUNTING ERROR | 2600-003 | -2.93 | | 28.98 |
| * 09/19/13 | | Reverses Adjustment IN on 08/19/13 | CORRECTION OF ACCOUNTING ERROR | 2600-003 | -7.07 | | 21.91 |
| * 09/19/13 | | Reverses Adjustment IN on 08/19/13 | CORRECTION OF ACCOUNTING ERROR | 2600-003 | -21.91 | | 0.00 |

Page Subtotals    0.00    808.04

Ver: 17.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2

Page: 5

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-31623 | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | CALDERON, SARAH D | Bank Name: | BANK OF NEW YORK MELLON |
| | | Account Number / CD #: | *******9294  Checking Account |
| Taxpayer ID No: | *******6541 | | |
| For Period Ending: | 11/04/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 14,751.75 | 14,751.75 | 0.00 |
| Less:  Bank Transfers/CD's | 14,751.75 | 0.00 | |
| Subtotal | 0.00 | 14,751.75 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 14,751.75 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********8712 | 50,000.00 | 20,248.25 | 0.00 |
| Checking Account - ********9294 | 0.00 | 14,751.75 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 50,000.00 | 35,000.00 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                0.00                0.00

Ver: 17.03a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*